No. 71–382. WANAMAKER *v.* RILEY. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–391. SHAFER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–420. WEST MORRIS REGIONAL BOARD OF EDUCATION *v.* SILLS, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–449. VAN MARK PRODUCTS CORP. ET AL. *v.* TAPCO PRODUCTS CO. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5105. BENJAMIN *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–240. BRIGHT ET AL. *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–357. J. L. SIMMONS CO., INC. *v.* LOCAL 742, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, ET AL. C. A. D. C. Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.